Law Offices of Travis Gagnier, Inc., P.S.
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234 Fax 941-0476

Honorable Christopher M. Alston

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **HOLMBERG, Timothy Scott,** Debtor. | Number 22-11028 |
| **HOLMBERG, Timothy Scott,** Plaintiff, v. **UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION** Defendant. | Adversary Number: 23-01015 **NOTICE REGARDING FINAL ADJUDICATION AND CONSENT** |

Timothy Scott Holmberg by and through his attorneys of record, Law Offices of Travis Gagnier, Inc., P.S. hereby give notice that he consents to adjudication and entry of final orders and judgments by the Bankruptcy Court for the Western District of Washington for any and all matters arising in, or related to, this adversary proceeding.

Dated this 3rd day of March 2023.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480

NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

Case 23-01015-CMA    Doc 4    Filed 03/03/23    Ent. 03/03/23 10:17:33    Pg. 1 of 1