| | |
|---|---|
| Law Offices of Travis Gagnier, Inc., P.S.<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234; gagnierecf@bestbk.com | Honorable Timothy W. Dore |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **STENSGAARD, Lisa Marie,**<br><br>Debtor.<br>_____<br>**STENSGAARD, Lisa Marie,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendant. | Number 19-11116<br><br>Adversary Number: 23-01007<br><br>***ExParte* SECOND MOTION TO EXTEND ORDER SUSPENDING PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING** |

Plaintiff Lisa Marie Stensgaard and Defendant Department of Education ("DOE"), by and through their undersigned counsel of record, jointly move the Court for a Second Order Suspending Entry of Pre-Trial Deadlines and Trial Date in Adversary Proceeding.

This motion is based upon the files and records herein and the Declaration of Travis A. Gagnier.

Dated this 21st day of June 2023.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9440
Of Counsel

AND

*ExParte* SECOND MOTION TO EXTEND ORDER SUSPENDING PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

United States Department of Justice

By: /s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

# DECLARATION

Travis A. Gagnier, under penalty of perjury does hereby state the following:

1. That your declarant is over the age of 18 and competent to testify as to the matters set forth herein.

2. That I am the attorney that represents the Plaintiff in this above-entitled adversary proceeding.

3. That the Plaintiff has submitted an Attestation to the U.S. Attorney's office in order to for the Department of Education to determine if this matter can be resolved under the DOJ/DOE guidance issued in November 2022.

4. That an Order Suspending Entry of Pre-Trial Deadlines and Trial Date in Adversary Proceeding was entered by this Court on March 20, 2023 (doc 8) requiring the parties to send a joint letter to the Court by June 30, 2023 reporting that no settlement has been reached and asking for the deadlines and trial date to be set.

5. Your declarant is advised that a decision should be made on this matter by the Department of Education in the next 60 days or so. Thus, the parties are requesting a suspension of entry of Pre-Trial Deadlines and Trial Date until August 18, 2023.

*ExParte* SECOND MOTION TO EXTEND ORDER SUSPENDING
PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY
PROCEEDING- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

WHEREFORE, your declarant prays for entry of a Second Order Extending Suspension of Pre-Trial Deadlines and Trial Date in Adversary Proceeding.

Dated this 21st day of June 2023

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379

ExParte SECOND MOTION TO EXTEND ORDER SUSPENDING PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING- 3

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com