Entered on Docket June 22, 2023

**Below is the Order of the Court.**

_____

**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**STENSGAARD, Lisa Marie,**

Debtors

_____

**STENSGAARD, Lisa Marie,**

Plaintiff,

v.

**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION,**

Defendant.

Number 19-11116

Adversary Number: 23-01007

**SECOND ORDER EXTENDING SUSPENSION OF PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING**

Upon consideration of the Exparte Second Motion to Extend Order Suspending Pre-Trial Deadlines and Trial Date in the above-referenced Adversary Proceeding between Plaintiff Lisa Marie Stensgaard and Defendant Department of Education, whereby pre-trial deadlines and the

SECOND ORDER EXTENDING SUSPENSION OF PRE-TRIAL
DEADLINES AND TRIAL DATE IN ADVERSARY
PROCEEDING- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

trial date are temporarily suspended to allow for case evaluation,

It is hereby ORDERED:

    1. The Motion is GRANTED;

    2. Unless an agreement has been reported to the Court by August 18, 2023, the parties shall send a joint letter to the Court reporting that no settlement has been reached and asking for the deadlines and trial date to be re-set.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9440
Of Counsel

and

United States Department of Justice


By: /s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

SECOND ORDER EXTENDING SUSPENSION OF PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com