**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6

7 —————————————————————————————

8

9

10

David B. Schumacher, WSBA #26388                    Hon. Christopher M. Alston
Attorney at Law                                     Chapter 7
3519 NE 15th Ave., #142
Portland, OR 97212
Telephone: (971) 302-6490
Facsimile: (971) 352-6912
Email: david.schulaw@gmail.com
Attorneys for Navient Solutions, LLC

11

12

13

14

15

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

16

17

18

19

20

21

22

23

24

25

In re:

TARYN ALISA WALCOTT,

   Debtor.

TARYN ALISA WALCOTT,

   Plaintiff,
v.

NAVIENT SOLUTIONS,

   Defendant.

Bankr. Case No.: 22-11768-CMA

Chapter 7

Adv. Proc. No.: 23-01024-CMA

**ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC FOR SETTLEMENT AND FOR DISMISSAL OF THIS ADVERSARY PROCEEDING**

26

27

28

ORDER APPROVING STIPULATION
BETWEEN PLAINTIFF AND NAVIENT
SOLUTIONS, LLC FOR SETTLEMENT
AND FOR DISMISSAL OF THIS
ADVERSARY PROCEEDING - 1

David B. Schumacher, WSBA #26388
3519 NE 15th Avenue, #142
Portland, OR 97212
Telephone: (971) 302-6490
Facsimile: (971) 351-6912
Email: david.schulaw@gmail.com

AND NOW, upon consideration of the Stipulation in Settlement ("Stipulation") between the

Plaintiff, Taryn Alisa Walcott ("Plaintiff"), and Navient Solutions, LLC, on behalf of itself and

named defendant "Navient Solutions" (collectively, "NSL"), in the above-captioned adversary

proceeding, it is hereby

ORDERED, that the Stipulation is hereby approved; and it is further

ORDERED, that this adversary proceeding is hereby dismissed.

### /// End of Order ///

Presented by:


 /s/ David B. Schumacher

David B. Schumacher, WSBA #26388
3519 NE 15th Avenue, #142
Portland, OR 97212
Telephone: (971) 302-6490
Facsimile: (971) 352-6912
Email: david.schulaw@gmail.com
Attorneys for Navient Solutions, LLC

Approved for Entry:


 /s/ Latife H. Neu

Latife H. Neu, WSBA #33144
Attorney at Law PLLC
1825 NW 65th St
Seattle, WA 98117
Telephone: (206) 297-6349
Email: latife@neulegal.com
Attorney for Plaintiff


ORDER APPROVING STIPULATION
BETWEEN PLAINTIFF AND NAVIENT
SOLUTIONS, LLC FOR SETTLEMENT
AND FOR DISMISSAL OF THIS
ADVERSARY PROCEEDING - 2

David B. Schumacher, WSBA #26388
3519 NE 15th Avenue, #142
Portland, OR 97212
Telephone: (971) 302-6490
Facsimile: (971) 351-6912
Email: david.schulaw@gmail.com